NUMBER 13-07-00714-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


IN THE INTEREST OF K.T., A MINOR CHILD


______________________________________________________________


On Appeal from the 267th District Court 


of Victoria County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Brenda Castillo, attempts to appeal from a judgment terminating her
parental rights to K.T., a minor child, on August 2, 2007. Appellant did not file a notice of
appeal until October 22, 2007, and did not file a motion for extension of time to file her
notice of appeal. We dismiss the appeal for want of jurisdiction. 

 In suits where the termination of parental rights is in issue, an appeal of a final order
is governed by the rules for accelerated appeals in civil cases. See Tex. Fam. Code Ann.
§§ 109.002(a), 263.405(a) (Vernon 2002 & Supp. 2007). In an accelerated appeal, the
notice of appeal must be filed within twenty days after the judgment or order is signed. 
Tex. R. App. P. 26.1(b). The appellate court may extend the time to file the notice of
appeal, if, within fifteen days after the deadline for filing the notice of appeal, the party files
the notice of appeal in the trial court and files in the appellate court a motion for extension
of time that complies with the appellate rules. Tex. R. App. P. 26.3; see In re K.A.F., 160
S.W.3d 923, 926-27 (Tex. 2005).

 On November 29, 2007, the Clerk of this Court notified appellant, pursuant to Texas
Rule of Appellate Procedure 42.3(a), that her notice of appeal was untimely so that steps
could be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.3,
42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. Appellant failed to respond to the Court's notice. 

 Appellant's notice of appeal was untimely, and we lack jurisdiction over this appeal. 
Because this Court is not authorized to extend the time for perfecting an appeal except as
provided by Texas Rules of Appellate Procedure 26.1 and 26.3, we DISMISS the appeal
for want of jurisdiction. See Tex. R. App. P. 42.3(a).


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of April, 2008.